

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Karen Sue Pool, Appellant

No. 06-22-00041-CV          v.

Marcus Ray Pool, Appellee

Appeal from the County Court at Law of Lamar County, Texas (Tr. Ct. No. 91124). Memorandum Opinion delivered by Justice van Cleef, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution.  Therefore, we dismiss the appeal.

We note that the appellant, Karen Sue Pool, has adequately indicated her inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED NOVEMBER 16, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk